# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>ZABI ULLAH MOHAMMED<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   MJ-25-40-M-KLD<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April and May 2025** in the county of **Missoula** in the
District of **Montana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1349, 1343, 2 | Conspiracy to Commit Wire Fraud and Wire Fraud |
| 18 U.S.C. §§ 912, 2 | Impersonating a Federal Agent |

This criminal complaint is based on these facts:
The attached affidavit, which is incorporated herein.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Shaun Schrader, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 14, 2025

_____
*Judge's signature*

City and state: Missoula, Montana    Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*