IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZABI ULLAH MOHAMMED,<br><br>Defendant. | CR 25-26-M-DWM-1<br><br><br><br>ORDER |

On July 30, 2025, Defendant Zabi Ullah Mohammed's motion for an "ends of justice" continuance was granted because the failure to do so would deny his counsel the reasonable time necessary for effective preparation, 18 U.S.C. § 3161(h)(7)(B)(iv). (Doc. 31.) The trial was continued to October 6, 2025, (*id.*), and Mohammed filed a Waiver of Speedy Trial through this date, (Doc. 32). On August 21, 2025, the government moved to reset the trial to an "earlier or later" date due to a scheduling conflict with hearings in the District of Idaho. (Doc. 33.) Mohammed objected. (*Id.*) A hearing on this motion was set for September 2, 2025, at 11:00 a.m. (Doc. 35.)

A Superseding Indictment having been filed in this case, (Doc. 36),

IT IS ORDERED that the motion hearing on September 2, 2025 is VACATED and Defendant must respond to the government's motion, (Doc. 33),

1

on or before September 4, 2025.

DATED this 28th day of August, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court