IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-26-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ZABI ULLAH MOHAMMED, | |
| Defendant. | |

The United States has moved, pursuant to Federal Rule of Criminal

Procedure 48(a), to dismiss Count 4 of the Superseding Indictment.  (Doc. 66.)

The motion is unopposed.  (*Id.* at 2.)

IT IS ORDERED that Count 4 of the Superseding Indictment is

DISMISSED.

DATED this 8ᵗ day of October, 2025.

Donald W. Molloy, District Judge
United States District Court

1