IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZABI ULLAH MOHAMMED,<br><br>Defendant. | CR 25-26-M-DWM<br><br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 27th day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court