IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 25-26-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | VERDICT FORM |
| ZABI ULLAH MOHAMMED, | |
| Defendant. | |

**Count 1**

We, the Jury, in the above-entitled matter, unanimously find the defendant, Zabi Ullah Mohammed,

\_\_\_\_\_Not Guilty

__X__ Guilty

of the offense of Conspiracy to Commit Wire Fraud as charged in Count 1 of the Indictment.

**Count 2**

We, the Jury, in the above-entitled matter, unanimously find the defendant, Zabi Ullah Mohammed,

_____ Not Guilty

__X__ Guilty

of the offense of Wire Fraud as charged in Count 2 of the Indictment.

**Count 3**

We, the Jury, in the above-entitled matter, unanimously find the defendant, Zabi Ullah Mohammed,

__X__ Not Guilty

_____ Guilty

of the offense of Impersonating a Federal Agent as charged in Count 3 of the Indictment.

DATED this __29__ day of October, 2025.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON